UNTIED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE FUTURE MOTION, INC.<br>Case No. 23-md-03087-BLF | Case No. 23-cv-6504 |

This document Relates to:
THOMAS NEMETH

**NOTICE OF VOLUNTARY DISMISSAL OF CLASS ACTION COMPLAINT ONLY PURSUANT TO F.R.C.P. 41(a)(2)**

Pursuant to Federal Rules of Civil Procedure 41(a)(2), Plaintiff Thomas Nemeth hereby gives notice that this action is voluntarily dismissed as to the class action complaint only. Based on CMO #1 filed by this Court on January 22, 2024, Plaintiff believes this voluntary dismissal of the class action complaint only to be proper pursuant to Fed. R. Civ. P. 41(a)(2). Accordingly, Plaintiff notices voluntary dismissal of this action to the class action only, without prejudice. *See* Fed. R. Civ. P. 41(a)(2)

Dated: February 1, 2024

Respectfully Submitted,

/*s*/ Cameron Bell
Cameron Bell (admitted *pro hac vice*)
Oliver Bell Group
50 W. Big Beaver Rd., Suite 200
Troy, MI 48084
Tel: 248-327-6556
Fax: 248-436-3385
cbell@oliverlawgroup.com

*Attorney for Thomas Nemeth*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2024 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

**ORDER GRANTING VOLUNTARY DISMISSAL AS TO THE CLASS ACTION COMPLAINT ONLY PURSUANT TO F.R.C.P. 41(a)(2)**

IT IS HEREBY ORDERED THAT pursuant to F.R.C.P. 41(a)(2), this action is DISMISSED without prejudice as to the class action complaint only.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE